IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARDIANAL ANNA VINES CARTER,

    Plaintiff,

v.                                          Civil Action 2:13-cv-39

COLUMBUS STATE OHIO, *et al.*,          Judge Watson Judge Watson

    Defendants.

## ORDER

On January 17, 2013, the United States Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. *Order and Report and Recommendation*, ECF. No. 2. Although plaintiff was advised of her right to object to the recommendation and of the consequences of her failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 2, is **ADOPTED AND AFFIRMED**. This action is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
United States District Court